# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **GROSVINN RAUL VELASQUEZ GALEANO** | **CIVIL ACTION NO.  1:26-CV-01736 SEC P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JOHN D MCGOWAN ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Petitioner Grosvinn Raul Velasquez Galeano, a detainee in the custody of the Department of Homeland Security and the Bureau of Immigration and Customs Enforcement, petitions for a writ of habeas corpus under 28 U.S.C. § 2241.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **28 days** of the date of this Order, or service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **14 days** following the filing of Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Lafayette, Louisiana, this 15th day of June, 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE